1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9           **EASTERN DISTRICT OF CALIFORNIA**
10

11   CHEE LOR,                                    )   Case No.: 1:18-cv-0164- JLT
                                                  )
12                   Plaintiff,                   )   ORDER GRANTING AN EXTENSION OF TIME
                                                  )
13           v.                                   )   (Doc. 9)
                                                  )
14   NANCY A. BERRYHILL,                          )
     Acting Commissioner of Social Security,      )
15                                                )
                     Defendant.                   )
16   _____   )

17           On June 15, 2018, the parties stipulated that Defendant have an extension of thirty days to file

18   the certified administrative record in this action.  (Doc. 9)  Notably, the Scheduling Order permits a

19   single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension

20   requested by either party.  Accordingly, the Court **ORDERS:**

21           1.      The request for an extension of time (Doc. 9) is **GRANTED**; and

22           2.      Defendant **SHALL** file the administrative record on or before **July 23, 2018**.

23

24   IT IS SO ORDERED.

25       Dated:   __June 18, 2018__              _____/s/ Jennifer L. Thurston__
26                                                UNITED STATES MAGISTRATE JUDGE

27

28

                                                  1